**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al.,

                              Petitioners,                    23 **CIVIL** 11088 (VSB)

            -against-                          **JUDGMENT**

M & K CONSTRUCTION SERVICES CORP.,

                              Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 27, 2025, Petitioner's motion is GRANTED. Judgment is entered in favor of Petitioner and against Respondent as follows: (1) The October 17, 2023 Award is confirmed in all respects; (2) Respondent shall submit to an audit of its books and records for the period June 27, 2023 through the date judgment is entered; (3) Petitioners are awarded $853,522.26, plus interest at an annual rate of 10.25% from October 17, 2023 through the date judgment is entered in the total interest amount of $141,176.09; (4) Petitioners are awarded $555 in costs arising out of this proceeding; and (5) Petitioners are awarded $2,387 in attorneys' fees arising out of this proceeding. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**Dated**: New York, New York

      May 28, 2025

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**